IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLAS TRUJILLO,

        Plaintiff,                    No. CIV S-04-2368 MCE GGH P

   vs.

D. LORUSSO,

        Defendant.              ORDER

_____/

        On February 28, 2005, plaintiff filed an opposition to defendants' answer. On April 26, 2005, plaintiff filed a letter requesting information regarding the status of his opposition.

        An opposition to an answer is not a pleading permitted by the Federal Rules of Civil Procedure. Fed. R. Civ. P. 7(a). Accordingly, IT IS HEREBY ORDERED that plaintiff's February 28, 2005, opposition to defendants' answer is disregarded.

DATED: 5/23/05

                                    /s/ Gregory G. Hollows
                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

tru2368.dis