IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLAS TRUJILLO,

        Plaintiff,                      No. CIV S-04-2368 MCE GGH P

    vs.

D. LORUSSO,

        Defendant.               <u>ORDER</u>

_____/

        On July 13, 2005, plaintiff filed a "motion for the appointment of counsel." That document was not served on defendant. Plaintiff is advised that every document submitted to the court for consideration must be served on defendant. Fed. R. Civ. P. 5. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of any defendant, then documents submitted by plaintiff must be served on that attorney and not on the defendant. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to defendant or his attorney and the address to which it was mailed. <u>See</u> Local Rule 5-135(b) and (c).

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 13, 2005 motion for appointment of counsel is denied without prejudice. Plaintiff is cautioned that failure to properly

1

1  serve any documents subsequently filed in this action, and failure to include a proper certificate
2  of service with such filing, may result in a recommendation that this action be dismissed.
3  DATED: 8/5/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
truj2368.35(3)