IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLAS TRUJILLO,

    Plaintiff,                                         No. CIV S-04-2368 MCE GGH P

    vs.

D. LORUSSO,

    Defendant.                                      ORDER

_____/

        On August 5, 2005, the court denied plaintiff's motion for appointment of counsel because he failed to serve defendants with his motion. Fed. R. Civ. P. 5. On August 11, 2005, plaintiff filed a letter with the court stating that he did serve defendants with his motion. Attached to plaintiff's August 11, 2005, pleading is a proof of service of the motion on defendants' counsel.

        Plaintiff did not attach the proof of service on defendants' counsel to his motion as required by Fed. R. Civ. P. 5. Plaintiff is informed that every pleading he files with the court must include proof of service on opposing counsel.

        IT IS SO ORDERED.

DATED: 9/20/05                                                  /s/ Gregory G. Hollows

tru2368.ord                                                     GREGORY G. HOLLOWS
                                                                      UNITED STATES MAGISTRATE JUDGE

1